**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCT 1 4 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                          )
                                )
                                )     Case No. 13 B 41384
    CAROLYN DUETSCH,            )
                                )
                                )     Chapter 11
          Debtor.               )
                                )

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF SULAIMAN LAW GROUP, LTD ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $27,505.10 | TOTAL COSTS REQUESTED: | $1,392.52 |
| TOTAL FEES REDUCED: | $655.25 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $26,849.85 | TOTAL COSTS ALLOWED: | $1,392.52 |

**TOTAL FEES AND COSTS ALLOWED: $28,242.37**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone*

*Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: October 14, 2014

_____
Eugene R. Wedoff
United States Bankruptcy Judge

Carolyn Duetsch
13-41384
Accounting Detail

**Case Administration**

| Date | Init | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 10/23/13 | PMB | $425.00 | 0.20 | $85.00 | Telephone call with Jeff Gilbert about the Quit Claim Deeds being filed. |
| 10/23/13 | ELH | $125.00 | 0.70 | $87.50 | Prepared Initial Petition and Schedules |
| 10/25/13 | MOB | $425.00 | 0.20 | $85.00 | Telehone call with client to Discuss proof of insurance and Debtor in Possession accounts. |
| 10/28/13 | PNB | $425.00 | 0.10 | $42.50 | Brief email conversation with Gretchen Silver regarding scheduling the 341 date. |
| 11/7/13 | PNB | $212.00 | 0.20 | $42.40 | Email conversation with client confirming attendance at Initial Debtor Interview and what to expect at the meeting. |
| 11/11/13 | PNB | $425.00 | 0.10 | $42.50 | Telephone conversation with Client to discuss concerns with Debtor in Possession accounts |
| 11/11/13 | PNB | $425.00 | 0.10 | $42.50 | Email discussion with Lynne Gilbert (debtor's daughter-in-law) about DIP account concerns |
| 11/12/13 | MKA | $125.00 | 0.10 | $12.50 | Email communications with Certificate of Service, seeking verification that motions have gone out. |
| 11/13/13 | MKA | $125.00 | 0.10 | $12.50 | Inbound call from Client to discuss the Debtor in Possession accounts to verify information needed |
| 11/14/13 | PNB | $425.00 | 0.20 | $85.00 | Email conversation with client explaining what Debtor in Possession means and sending proof of Bankruptcy Filing for creditor review. |
| 11/21/13 | PNB | $425.00 | 0.60 | $255.00 | Prepared for 341 meeting, Drafted Motion to Employ and Set Bar Date |
| 11/22/13 | PNB | $212.00 | 0.10 | $21.20 | Telephone call with client to confirm meeting date and time. |
| 11/22/13 | PNB | $425.00 | 1.00 | $425.00 | Attended 341 meeting |
| 11/22/13 | PNB | $425.00 | 0.50 | $212.50 | Met with clients after the 341 meeting to discuss property concerns and possible Plan treatments |
| 12/4/13 | PNB | $425.00 | 1.00 | $425.00 | Appeared in Court on Status ... 60 days to file Plan and Disclosure Statement |
| 12/6/13 | PNB | $425.00 | 0.50 | $212.50 | Long telephone conversation with client to discuss Adequate Protection payments |
| 12/16/13 | PNB | $212.00 | 0.10 | $21.20 | Telephone conversation with to remind client about monthly operating report |
| 12/26/13 | PMB | $212.00 | 0.30 | $63.60 | Telephone call with Jeff Gilbert (Debtor's son) about obtaining appraisals. |

⑦ -25.50

1

-25.50

Carolyn Duetsch
13-41384
Accounting Detail

| Date | | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 5/20/14 | PNB | $425.00 | 0.40 | $170.00 | Reviewed and finalized April Operating Report |
| 5/22/14 | PNB | $425.00 | 0.20 | $85.00 | Outbound call with client to discuss Seterus properties |
| 6/3/14 | PNB | $212.00 | 0.20 | $42.40 | Review of court docket and file |
| 7/1/14 | PNB | $425.00 | 0.50 | $212.50 | Reviewed and revised May 2014 operting report |
| 7/22/14 | PNB | $425.00 | 1.00 | $425.00 | Appeared in Court for status |
| 7/24/14 | PNB | $425.00 | 0.20 | $85.00 | Telephone conversation with debtor regarding her case |
| 8/18/14 | PNB | $425.00 | 0.20 | $85.00 | Review of July Operating Report |
| 8/21/14 | PNB | $425.00 | 0.30 | $127.50 | Review of updated operating report |
| 8/26/14 | PNB | $425.00 | 1.00 | $425.00 | Appeared in Court on Status. Continued to 9/10. |

**Total Case Administration**        17.70   $6,996.90

**Claims Administration and Objections** *212.00*

| 12/3/13 | PMB | $425.00 | 1.00 | $425.00 | Draft Notice of Claim Bar Date   ① −213.00 |
|---|---|---|---|---|---|
| 12/30/13 | PNB | $425.00 | 0.10 | $42.50 | Reviewed notice of appearance and checked claims registry |
| 1/31/14 | PNB | $425.00 | 0.60 | $255.00 | Outbound call with client to discuss Plan and Proof of Claims filed in case |
| 6/9/14 | PNB | $425.00 | 0.20 | $85.00 | Review of court file, docket and Proof of Claims to verify no attorney for Ocwen. Follow-up email to Client. |

**Total Claims Administration and Objections**    1.90   $807.50

**Employment and Fee Application**

| 11/4/13 | PNB | $425.00 | 1.50 | $637.50 | Drafted motion to Employ and Ser Bar Date |
|---|---|---|---|---|---|
| 11/13/13 | PNB | $425.00 | 0.20 | $85.00 | Finalized motion to Employ and Set Bar Date |
| 11/18/13 | PMB | $425.00 | 0.20 | $85.00 | Appeared in Court, Judge is not sitting. ② − 85.00 Motions need to be refiled. |
| 11/19/13 | PNB | $425.00 | 0.50 | $212.50 | Amended and renoticed Motion to Employ and Motion to Set Bar Date |
| 11/26/13 | PNB | $425.00 | 0.30 | $127.50 | Prepared for Court on Motion to Employ and Set Bar Date |

**Total Employment and Fee Application**    2.70   $1,147.50

**Financing and Cash Collateral**

| 11/4/13 | PNB | $425.00 | 0.10 | $42.50 | Email conversation with client seeking accurate budget in order to file motions for use of cash collateral |
|---|---|---|---|---|---|
| 11/4/13 | PNB | $212.00 | 1.60 | $339.20 | Worked on budget for Cash Collateral Motion |
| 11/4/13 | PNB | $425.00 | 0.10 | $42.50 | In office email discussions regarding Cash Collateral motions. |
| 11/8/13 | PNB | $425.00 | 1.50 | $637.50 | Drafted motion to use cash collateral and review of Mortgage documents |

**Total Financing and Cash Collateral**    3.30   $1,061.70

3

−298.00

Carolyn Duetsch
13-41384
Accounting Detail

**Meetings and Communications with Creditors**

| Date | Atty | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 10/23/13 | ELH | $125.00 | 0.20 | $25.00 | Telephone call with Gerkin's office to confirm receipt of Notice of Bankruptcy Filing. |
| 2/5/14 | PNB | $425.00 | 0.20 | $85.00 | Spoke with Rebecca Lamm -- First National Bank of Omaha. They are objecting to Plan treatment, but seem workable. |
| 2/11/14 | PNB | $425.00 | 0.10 | $42.50 | Email conversation with John Crees regarding Adequate Protection |
| 2/17/14 | PNB | $425.00 | 2.00 | $850.00 | Follow-up email conversation with John Crees regarding Adequate Protection |
| 2/17/14 | PNB | $425.00 | 0.20 | $85.00 | Telephone conversation with Rebecca Lamm -- First National Bank of Omaha, to discuss plan options. |
| 2/18/14 | PNB | $425.00 | 2.00 | $850.00 | Spoke with various creditors to work out resolutions prior to court on 2/19/14. Reviewed Plan and remaining proof of claims. |
| 2/28/14 | PNB | $425.00 | 0.20 | $85.00 | Outbound call with Rebecca Lamm in regsards to First National Bank of Omaha. Discussed income and what bank is looking for. By agreement we will continue Tursday's motion to 3/12. We will amend I to show the income required to make payments |
| 3/11/14 | PNB | $425.00 | 0.30 | $127.50 | Telephone conversion with rebbeca lamm regarding National Bank of Omaha |
| 3/12/14 | PNB | $425.00 | 0.20 | $85.00 | Email conversation with John Crees regarding cash collateral |
| 4/7/14 | PNB | $425.00 | 0.10 | $42.50 | Email sent to Rebecca Lamm (First National Bank of Omaha) regarding funding of payments on second mortgage. |
| 4/8/14 | PNB | $425.00 | 0.20 | $85.00 | Outbound call with Rebecca Lamm regarding First National Bank of Omaha |
| 4/22/14 | PNB | $425.00 | 0.10 | $42.50 | Left message with Tim Yueill to discuss Plan |
| 4/23/14 | PNB | $425.00 | 0.10 | $42.50 | Spoke with Tim Yueill regarding Citimortgage on Harford Property. 5% fixed is agreed. Will vote in favor of Plan |
| 4/24/14 | PNB | $425.00 | 0.10 | $42.50 | Ooutbound call with Ken Bach to discuss possible property transfer to Hope for Tomorrow and the RE Tax benefit |
| 5/6/14 | PNB | $425.00 | 0.20 | $85.00 | Emails sent to creditors in preparation form Court tomorrow |
| 5/9/14 | PNB | $425.00 | 0.80 | $340.00 | Email sent to all opposing counsel with properties in Aurora to discuss transfer to Hope for Tomorrow and/or surrender |

(?) -$85.00

4

-$85.00

Carolyn Duetsch
13-41384
Accounting Detail

| Date | Atty | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/21/14 | PNB | $425.00 | 0.50 | $212.50 | Review operating report for February 2014 |
| 4/3/14 | PNB | $425.00 | 0.10 | $42.50 | Outbound call with Client to discuss First National Bank |
| 4/3/14 | PNB | $425.00 | 0.30 | $127.50 | Outbound call with Client to discuss payments from Hope for Tomorrow to Carolyn Duetsch for monthly payments. |
| 4/4/14 | PNB | $425.00 | 0.10 | $42.50 | Review of agrement between Hope for Tomorrow and Carolyn Duetsch |
| 4/5/14 | PNB | $425.00 | 0.20 | $85.00 | Inbound call with client to discuss payment from Hope for Tomorrow and agreement |
| 4/8/14 | PNB | $425.00 | 0.30 | $127.50 | Spoke with client regarding email from Rebecca Lamm (FNBO) bank wants to be paid in full over 5 years. |
| 4/8/14 | PNB | $425.00 | 1.50 | $637.50 | Amended Plan and Disclosure Statement |
| 4/9/14 | PNB | $425.00 | 0.50 | $212.50 | Finalized amended Plan and Disclosure Statement |
| 4/21/14 | PNB | $425.00 | 0.20 | $85.00 | Email sent to Gretchen Silver regarding Plan options and feasability. |
| 4/23/14 | PNB | $425.00 | 0.50 | $212.50 | Worked through different Plan options in preparation for meeting with client and amended plan |
| 5/7/14 | PNB | $425.00 | 1.00 | $425.00 | Appeared in Court for status of Plan |
| 6/9/14 | PNB | $425.00 | 0.10 | $42.50 | Email discussion with client changing treatment of properties in Plan |
| 7/1/14 | PNB | $425.00 | 0.60 | $255.00 | Reviewed creditor and UST emails regarding the Plan in order to make requested amendments |
| 7/3/14 | PNB | $425.00 | 0.20 | $85.00 | Email with Gretchen Silver regarding Plan changes and updates prior to Tuesday Bankruptcy Court |
| 7/7/14 | PNB | $425.00 | 0.20 | $85.00 | Outbound call with client to discuss Plan amendments |
| 7/7/14 | PNB | $425.00 | 0.60 | $255.00 | Outbound call with client and Jeff Gilbert to discuss decision with property and Plan options |
| 7/8/14 | PNB | $425.00 | 1.00 | $425.00 | Met with client to discuss Plan decisions, options for creditor treatment and potential risks |
| 7/8/14 | PMB | $425.00 | 1.00 | $425.00 | Appeared in Court; Case Continued to 7 22 for resolution of Plan and Dislcosure Statement issues. |
| 7/11/14 | PNB | $425.00 | 0.80 | $340.00 | Reviewed creditor emails, sent follow-up email to Seterus and reviewed Disclosure Statement attachements to review for feasability concerns |
| 7/21/14 | PNB | $425.00 | 3.30 | $1,402.50 | Amended Plan and Disclosure Statement prepared for Court |
| 7/25/14 | PNB | $425.00 | 0.50 | $212.50 | Emailed redline version of Plan and discosure to Gretchen Silver |
| 7/31/14 | PNB | $425.00 | 0.20 | $85.00 | Email conversation with Gretchen to Discuss Plan |

Handwritten annotations near 7/21/14: "212.00" (with $425.00 crossed out); "(7) +10.25"; "(1) -106.50"

6

-246.75