**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| Carolyn Duetsch ) | Case No. 13-41384 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | Honorable Judge Eugene R. Wedoff |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 16, 2014 at 9:30 a.m., the undersigned will appear before the Honorable Judge Eugene R. Wedoff at the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Room 744, Chicago, Illinois and will then and there present the attached **MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR**, at which time you may appear if you so choose.

BY:   **S/PENELOPE N. BACH, OF COUNSEL**
      **SULAIMAN LAW GROUP, LTD.**
      COUNSEL FOR DEBTOR(S)
      900 JORIE BOULEVARD, SUITE 150
      OAK BROOK, IL 60523
      PHONE: (630) 575-8181
      FAX: (630) 575-8188
      ATTORNEY NO: 6609530

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| Carolyn Duetsch ) | Case No. 13-41384 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | Honorable Judge Eugene R. Wedoff |

## MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR

NOW COMES the Reorganized Debtor, Carolyn Duetsch, by their attorneys, PAUL M. BACH and PENELOPE N. BACH, of Sulaiman Law Group, Ltd., and ask this Honorable Court to enter a Final Decree including entry of a Discharge Order as to the Debtors, Carolyn Duetsch, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor states as follows:

1. On October 23, 2013, the Debtors filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On October 28, 2014, this Court held a hearing and entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code as payment has been sent to all creditors in full as required under Class One of the Confirmed Plan. Class Three of the Debtor's Confirmed Plan is the only class requiring payment prior to Discharge. Class Three consisted of unsecured non priority claims. Instead of making 12 monthly installments, Debtor has made a lump sum payment to each of these creditors which paid their accounts in full.

4. Debtor requests entry of a Discharge in this Chapter 11 case.

5. After entry of the Discharge, Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, Carolyn Duetsch, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

      Respectively Submitted,
      Carolyn Duetsch

      By: /s/ Penelope N. Bach

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181