UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-41384 |
| CAROLYN DUETSCH | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DISCHARGE OF CHAPTER 11 DEBTOR

This matter coming to be heard upon the motion of CAROLYN DUETSCH the Reorganized Debtor, for entry of a Order of Discharge; proper notice having been provided; no creditor or party in interest having objected to the entry of a Discharge to the Chapter 11 Debtor; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. The Clerk of the Bankruptcy Court prior to closing this Chapter 11 case shall enter a Discharge to the Chapter 11 Debtor in this case, CAROLYN DUETSCH the Chapter 11 Plan having been completed.

Dated: 12/23/14

Enter: [signature]
United States Bankruptcy Judge

**Prepared by:**
Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181

Rev: 20130104_bko