UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CAROLYN DUETSCH<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-41384<br><br>Chapter: 11<br>Honorable Eugene R. Wedoff |

### ORDER ENTERING FINAL DECREE

This matter coming to be heard upon the motion of CAROLYN DUETSCH the Reorganized Debtor, for entry of a Final Decree; proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on October 28, 2014 this Chapter 11 case is closed, and

2. This Court expressly reserves jurisdiction for all matters pending before this Court, entering a final discharge, all fee petitions, those matters enumerated in Article VI of the Plan and such other matters as this Court deems appropriate.

3. Debtor shall tender the funds of $650.00 to the United States Trustee's Office on or before December 31, 2014 to pay for fourth quarter fees.

Enter:

United States Bankruptcy Judge

Dated: 10/23/14

**Prepared by:**
Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181

Rev: 20130104_bko