B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–41384**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carolyn Duetsch
5113 Lee Avenue
Downers Grove, IL 60515

Social Security / Individual Taxpayer ID No.:
xxx–xx–6163

Employer Tax ID / Other nos.:

## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: December 23, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# OF AN INDIVIDUAL IN A CHAPTER 11 CASE

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are <u>not</u> discharged are:

  a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

  b. Debts that are domestic support obligations;

  c. Debts for most student loans;

  d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

  e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

  f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

  g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

  h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-41384-ERW
Carolyn Duetsch                                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales              Page 1 of 2              Date Rcvd: Dec 23, 2014
                              Form ID: b18ri               Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
```
db            +Carolyn Duetsch,    5113 Lee Avenue,    Downers Grove, IL 60515-4305
21137425      +Alschuler, Simantz & Hem, LLC,    Downer Place Executive Center,    1961 West Downer Place,
                Aurora, IL 60506-4384
21137431     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citicorp Credit Services *,
                ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195)
21200944       CITIMORTGAGE, INC.,    PO Box 6030,   Sioux Falls, SD 57117-6030
21137427      +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
21137428      +Castle Bank,    PO Box 867,   DeKalb, IL 60115-0867
21137429      +Chase,   ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
21225865       CitiMortgage, Inc.,    PO Box 688971,   Des Moines, IA 50368-8971
21137432      +CitiMortgage, Inc.,    Law Offices Of Ira T Nevel LLC,    Ira T Nevel,
                175 North Franklin St Suite 201,    Chicago, IL 60606-1847
21137433      +Comenity Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
21137434      +Comenity Bank,    PO Box 182789,   Columbus, OH 43218-2789
21137435       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21137436      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21167935      +Federal National Mortgage Association,    Andrew J Nelson,    Pierce & Associates PC,
                1 North Dearborn Suite 1300,    Chicago, IL 60602-4373
21137437      +First National Bank,    1310 E. City Route 40,    Greenville, IL 62246-2501
21256181      +First National Bank of Omaha,    successor by merger with Castle Bank NA,
                Franks, Gerkin & McKenna PC,    19333 E Grant Hwy,    Marengo, IL 60152-8234
21137438      +Franks Gerkins McKenna, P.C.,    19333 East Grant Highway,    PO Box 5,    Marengo, IL 60152-0005
21488041      +HSBC Bank USA, N.A.,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                Salt Lake City, UT 84115-4412
21137440     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     PO Box 19035,
                Springfield, IL 62794)
21137439       Illinois Department of Revenue,    Po Box 64338,    Chicago, IL 60664-0338
21195282       JPMorgan Chase Bank, N.A. National Bankruptcy Depa,    P.O. Box 29505 AZ1-1191,
                Phoenix, AZ 85038-9505
22561738       OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,    P.O. BOX 24605,
                WEST PALM BEACH, FLORIDA 33416-4605
21137443      +Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,   West Palm Beach, FL 33416-4738
21137444      +Oswego Community Bank,    10 S Madison St,    Oswego, IL 60543-8351
21137445      +Pierce & Associates,    1 North Dearborn,    Ste 1300,   Chicago, IL 60602-4373
21137446       Select Portfolio Servicing,    3815 SW Temple,    Salt Lake City, UT 84165
21137447      +Seterus,   14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
21254650       Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 2008,
                Grand Rapids, MI 49501-2008
21137448      +Sethna & Cook, PC,    400 S. County Farm Road, Suite 110,    Wheaton, IL 60187-4547
21372763      +The Bank of New York Mellon,    c/o Codilis & Associates, P.C.,
                15W030 N. Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
21137449      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21137426      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2014 00:47:33     Capital One, N.A. *,
                c/o American Infosource,    P.O Box 54529,   Oklahoma City, OK 73154-1529
21137430      +E-mail/Text: bk.notifications@jpmchase.com Dec 24 2014 00:43:45     Chase Auto Financing,
                Attn: National Bankruptcy Department,    Po Box 29505,    Phoenix, AZ 85038-9505
21137441       E-mail/Text: cio.bncmail@irs.gov Dec 24 2014 00:43:21     Internal Revenue Service,
                Po Box 7346,   Philadelphia, PA 19101-7346
21137442      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 24 2014 00:43:14     Kohl's Credit *,
                N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21435133*       CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: ccabrales              Page 2 of 2                  Date Rcvd: Dec 23, 2014
                               Form ID: b18ri               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Federal National Mortgage Association("Fannie Mae")
               Creditor c/o Seterus, Inc anelson@atty-pierce.com,   northerndistrict@atty-pierce.com
              Kenneth W Bach    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc..
               kennethb@johnsonblumberg.com,   bkecfnotices@johnsonblumberg.com
              Meredith S Fox    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of the holders
               of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through Certificates,
               Series 2007-AR2 bknotice@klueverplatt.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor Carolyn  Duetsch ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
              Penelope N Bach    on behalf of Debtor Carolyn  Duetsch pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
              Peter C Bastianen    on behalf of Creditor    The Bank of New York Mellon (fka The Bank of New
               York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4
               ND-Four@il.cslegal.com
              Peter C Bastianen    on behalf of Creditor    CITIMORTGAGE, INC. ND-Four@il.cslegal.com
              Rebecca A Lamm    on behalf of Creditor    First National Bank of Omaha, f/k/a Castle Bank, N.A.
               rlamm@fgmlaw.com
              Ross T Brand    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of the holders
               of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through Certificates,
               Series 2007-AR2 rbrand@klueverplatt.com,   bknotice@klueverplatt.com
              Timothy R Yueill    on behalf of Creditor    CITIMORTGAGE, INC. timothyy@nevellaw.com
                                                                                             TOTAL: 11
```